IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| NEVEAH GRANT AND SHAYA VENNING BY AND THROUGH THEIR NEXT FRIEND RHONDA ROSE, AND THE ESTATE OF TRAVIS L. ROSE, <br><br> Plaintiffs, <br><br> v. <br><br> MADISON-SWIFT LLC, <br><br> Defendant. | Civil Action No. 4:15-cv-00034-BAE-GRS |

## ORDER ON JOINT MOTION TO STAY PROCEEDINGS SIXTY (60) DAYS

The above entitled action is presently before the Court pursuant to a Joint Motion to Stay Proceedings for Sixty (60) Days. The Court has reviewed the Motion and finds that it was timely filed before the expiration of any deadlines set in its February 13, 2015 General Order (Doc. 2). The Court further finds that are circumstances warranting a sixty (60) day stay such as substituting a party Plaintiff.

IT IS HEREBY ORDERED that the Joint Motion to Stay Proceedings for Sixty (60) Days is GRANTED.

IT IS FURTHER ORDERED that the Defendant shall have twenty-one (21) days from the date an Order is entered substituting a party Plaintiff to file a response to the Plaintiff's Motion to Remand.

IT IS FURTHER ORDERED that the parties shall have twenty-one (21) days from the date an Order is entered substituting a party Plaintiff to confer as provided in Rule 26(f).

IT IS FURTHER ORDERED that all additional discovery deadlines outlined in the Court's February 13, 2015 General Order (Doc. 2) will be stayed for a period not to exceed sixty (60) days.

SO ORDERED, this 11TH day of March, 2015.

G. R. SMITH
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA