IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| NEVEAH GRANT AND SHAYA VENNING BY AND THROUGH THEIR NEXT FRIEND RHONDA ROSE, AND THE ESTATE OF TRAVIS ROSE, <br><br> Plaintiffs, <br><br> –v– <br><br> MADISON-SWIFT LLC, <br><br> Defendant. | Civil Action No. 4:15-cv-00034-LGW <br><br><br> ORDER SUBSTITUTING PLAINTIFF |

UPON MOTION of Plaintiffs to substitute Yolanda Rose in the place of her mother Rhonda Rose, and to substitute her as Administratrix for the Estate of her brother Travis Rose, and this Court having found that same is appropriate,

IT IS HEREBY ORDERED that Yolanda Rose is substituted in as plaintiff in the capacities of next friend of the minor plaintiffs and as Administratrix for the Estate of Travis Rose, effective September 11, 2015 or the date of this Order, whichever is later.

SO ORDERED, this 2nd day of September, 2015.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA